E-FILED
Wednesday, 15 September, 2021 02:06:16 PM
Clerk, U.S. District Court, ILCD
FILED

SEP 14 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 21-*10033* |
| ) | VIO: Title 18, United States |
| ) | Code, § 922(a)(6) |
| APRIL ALEXANDRA SORIANO, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The Acting United States Attorney Charges:

### COUNT 1
### (False Statements in Purchasing Firearms)

On or about November 10, 2018, in Tazewell County, in the Central District of Illinois,

**APRIL ALEXANDRA SORIANO,**

defendant herein, in connection with the acquisition of a firearm, a Taurus, Model G2C 9mm caliber pistol bearing the serial number TLP47879, from Midwestern Firearms Company, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Midwestern Firearms Company, Inc., which statement was intended and likely to deceive Midwestern Firearms Company, Inc., as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice,

Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the Taurus, Model G2C, when in fact as the defendant knew, she was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
### (False Statements in Purchasing Firearms)

On or about April 14, 2020, in Sangamon County, in the Central District of Illinois,

**APRIL ALEXANDRA SORIANO,**

defendant herein, in connection with the acquisition of a firearm, a Ruger, Model EC9S 9mm caliber pistol, bearing the serial number 456-58267, from Scheels All Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Scheels All Sports, Inc., which statement was intended and likely to deceive Scheels All Sports, Inc., as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the Ruger, Model EC9S, when in fact as the defendant knew, she was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATIONS

1.      The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging criminal forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6), as charged herein, the defendant,

**APRIL ALEXANDRA SORIANO,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms involved in or used in the aforesaid offense, including, but not limited to:

- Taurus, Model G2C 9mm caliber pistol bearing the serial number TLP47879
- Ruger, Model EC9S 9mm caliber pistol bearing the serial number 456-58267

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

                                            UNITED STATES OF AMERICA
DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY

/s/ *Ronald L. Hanna*
Ronald L. Hanna
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone (309) 671-7050